# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150548

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TODD RANDOLPH VAN DOORNE,
      Defendant-Appellant.

SC: 150548
COA: 323643
Kent CC: 14-003215-FH

_____/

On order of the Court, the application for leave to appeal the October 15, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. On remand, the Court of Appeals shall address whether the "knock and talk" procedure conducted in this case is consistent with US Const, Am IV, as articulated in *Florida v Jardines*, 133 S Ct 1409 (2013). We note that a similar issue is presented in *People v Frederick* (Docket No. 150546), which we remanded to the Court of Appeals for consideration as on leave granted by order dated April 10, 2015.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2015

Clerk

s0407